IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-cv-3117-HLT-GEB |
| | ) |
| GLEN VIRDEN, *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT T-MOBILE USA, INC'S**
**PROPOSED VOIR DIRE QUESTIONS**

Pursuant to this Court's Trial Order (ECF No. 217), Defendant T-Mobile USA, Inc. ("T-Mobile") submits the following proposed voir dire questions:

1. Do you, your family members, or any close personal relations know any of the following individuals by personal experience or reputation:

    Albert Dewayne Banks
    Jay Heidrick
    Agent Glen Virden
    Robert Wilden
    Jordan Kurtz
    Anthony Thompson
    Jay Heidrick
    Kymberly Kester
    Kim Murray
    Christine Guastello

2. Do you, your family members, or any close personal relations know anyone at Polsinelli PC by personal experience or reputation?

3. Do any of you know one another?

4. Do you, your family members, or any close personal relations know Judge Holly Teeter or any members of her courtroom staff including:

> Misty Deaton, Courtroom Deputy
> Kim Griener, Court Reporter
> Casey Tourtillot, Law Clerk
> Robin Anderson, Law Clerk
> Hope Radke, Law Clerk

5. Do you, your family members, or any close personal relations know anyone who works at T-Mobile?

6. Have any of you ever filed a claim or lawsuit against T-Mobile or had a claim filed against you by T-Mobile?

7. At the time of the events relevant to this lawsuit, Sprint and T-Mobile were completely separate companies. But a few years ago, Sprint merged with T-Mobile and I therefore need to ask if any of you ever filed a claim or lawsuit against Sprint or had a claim filed against you by Sprint?

8. Has anyone here ever been arrested or had a close personal family member or other relationship be arrested?

9. Has anyone been a plaintiff in a lawsuit or filed a complaint against someone in court?

10. Other than today, has anyone ever had to comply with a subpoena?

11. Has anyone ever served on a jury before?

    a. When?

    b. What type of case?

    c. How did the jury find?

12. Does anyone here work in the legal field?

13. Do any of you work in the law enforcement field or have family members or close personal relations who work in the law enforcement field?

14. Have any of you, your family members, or your close personal relations been the target of a Kansas Bureau of Investigation inquiry or investigation?

15. Do any of you have special training, skill, or knowledge about law enforcement investigations or wiretaps?

16. This trial is set to last two days. Does anyone have any health, religious, or personal reasons that would prevent you from serving for these two days?

17. Is there anything you think we should know that could prevent you from fairly and impartially serving as a juror in this case and returning a verdict solely on the evidence presented in the courtroom and on the law as I instruct you?

Dated: May 17, 2023                Respectfully submitted,

        */s/ Jay E. Heidrick*
Jay E. Heidrick (KS #20770)
POLSINELLI, PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536

KYMBERLY S. KESTER (*pro hac vice*)
POLSINELLI PC
401 Commerce Street, Suite 900
Nashville, Tennessee 37201
Telephone: (615) 252-3945
Facsimile: 615.577.0145
kkester@polsinelli.com

*Attorneys for Defendant T-Mobile USA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2023 a true and correct copy of the foregoing pleading was electronically filed with the Clerk of the U.S. District Court for the District of Kansas, and a service copy was mailed via U.S. mail to the following:

Anthony Thompson
1316 SW Western Avenue, Apt 8
Topeka, KS  66604

/s/ *Jay E. Heidrick*
*Attorneys for Defendant T-Mobile USA, Inc.*