UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

**ANTHONY THOMPSON,**

    **Plaintiff.**

**v.**

    **Case No: 15-3117-HLT**

**GLEN VIRDEN Et al,**

    **Defendant,**

## NOTICE OF APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 4

Comes Now, Anthony Thompson respectfully request this Honorable Court to enter a notice of appeal pursuant to Federal Rules of Appellate Procedure 4. The defendant seeks to appeal from a judgment entered on Document # 246 which finally deposed of the remaining claims. The defendant seeks to appeal Document # 208 which granted certain defendant's summary judgment. Docket # 208 which is subject to this appeal is actually from co-plaintiff's Albert Banks docket as cases 15-cr-3093-HLT (Banks), and 15-cr-3117-HLT (Appellant Thompson) were consolidated at the time of the district court's decision. Anthony

Thompson's docket does not contain a correlating docket entry as a result he files a notice of appeal of Docket #208 from 15-cr-3093-HLT.

Respectfully,

/s/ *Anthony Thompson*
Anthony Thompson
1316 SW Western Apt 8
Topeka Kansas, 66604
785-600-8501
Acthompson8254@gmail.com

### CERTIFICATE OF SERVICE

I Anthony Thompson hereby certify that on June 5, 2023, a true and correct copy of this Notice of Appeal was emailed to the Clerk of the Court for the District of Kansas at 444 SE Quincy Topeka Kansas 66605. An electronic copy of this filing will be sent to all parties of interested parties.